IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Case Number: **09-05172**

**Order Disabling Public Access to Filed Documents and Directing Filing of a Corrected Pleading**

The relief set forth on the following page(s), for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**08/11/2009**



US Bankruptcy Court Judge
District of South Carolina

Entered: 08/12/2009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

**In the Matter of:**

**Brandon Ivey,**

        **Debtor.**

**Case No. 09-05172**
**Chapter 13**

## Order Disabling Public Access to Filed Documents and Directing Filing of a Corrected Pleading

This matter comes before the Court on the motion of the debtor to disable public access to filed documents not in compliance with Federal Rule of Bankruptcy Procedure 9037. It appears that Signature Loan has filed a Proof of Claim which contains the full account number of the debtor. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 9037(d), it is hereby

**ORDERED** that the Clerk of Court shall disable public access to the Proof of Claim filed by Signature Loan on 7/27/09. Access to the Proof of Claim may still be provided by the Clerk of Court to Debtor(s), Debtor's (s') attorney, the Trustee, if any, and the United States Trustee upon request.

Signature Loan, by service of a copy of this Order, is directed to amend the Proof of Claim filed in this case within twenty (20) days from entry of this Order with any privacy information redacted.

# CERTIFICATE OF NOTICE

```
District/off: 0420-7          User: mobley              Page 1 of 1               Date Rcvd: Aug 12, 2009
Case: 09-05172                Form ID: pdf01            Total Noticed: 1

The following entities were noticed by first class mail on Aug 14, 2009.
db           +Brandon J. Ivey,    142 Humphries Road,    Gaffney, SC 29341-5800

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Aug 14, 2009                    **Signature:**    *Joseph Speetjens*